IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SHERYL D. DOTSON, | § | |
| TDCJ-CID NO.546330, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION H-06-1469 |
| | § | |
| J. SCOTT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a FINAL JUDGMENT.

The Clerk will provide a copy to the parties.

Signed at Houston, Texas, on June 9, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE